**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No.: 24 C 5869<br>)<br>) Judge Lindsay C. Jenkins<br>) |
| MUNIZ TRUCKING, INC.,<br>an Illinois corporation | )<br>) Magistrate Judge Jeffrey Gilbert<br>) |
| Defendant. | ) |

**MOTION FOR JUDGMENT IN SUM CERTAIN**

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, LLP and pursuant to FRCP 55(b)(2) move for judgment in sum certain as stated in this Motion and the supporting Affidavits attached hereto as Exhibits 1 and 2. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on July 11, 2024 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service was made upon MUNIZ TRUCKING., INC., an Illinois corporation on July 15, 2024.

3. Defendant is now in default on the Complaint and as supported by the attached Affidavits (Exhibits 1 and 2) the sums due are:

| | |
|---:|---|
| $28,832.01 | Welfare |
| $33,258.90 | Pension |
| $1,250.00 | Attorneys fees |
| $477.00 | Court costs |
| $63,817.91 | Total |

WHEREFORE, Plaintiffs pray for:

1. Entry of judgment in a sum certain against Defendant, MUNIZ TRUCKING., INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS in the amount of $63,817.91 with no just reason for delay in enforcement under FRCP 54(b).

> TRUSTEES OF THE SUBURBAN TEAMSTERS
> OF NORTHERN ILLINOIS PENSION AND
> WELFARE FUNDS
>
> s/John J. Toomey
> ARNOLD AND KADJAN, LLP
> 35 E. Wacker Drive, Suite 600
> Chicago, IL 60601
> Telephone No.: (312) 236-0415
> Facsimile No.: (312) 341-0438
> Dated: August 8, 2024

2